**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Carlos Manuel PACHECO–CAMACHO,
Defendant—Appellant.**

No. 02–30170.

United States Court of Appeals,
Ninth Circuit.

Submitted May 10, 2004.*

Decided June 7, 2004.

Michael J. Brown, Office of the U.S. Attorney, Mark O. Hatfield, U.S. Courthouse, Portland, OR, for Plaintiff–Appellee.

Harrison Stewart Latto, Esq., Law Office of Harrison S. Latto, Portland, OR, for Defendant–Appellant.

Before CANBY, KOZINSKI and PAEZ, Circuit Judges.

ORDER and MEMORANDUM **

The court sua sponte vacates the memorandum disposition filed on May 18, 2004, as issued in error.

Carlos Manuel Pacheco–Camacho appeals his guilty-plea conviction and 70–month sentence for one count of unlawful reentry into the United States by a deported alien, in violation of 8 U.S.C. § 1326(a).

We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm in part and remand in part.

Pacheco–Camacho contends that his guilty plea was involuntary because the district court failed to inform him of an element of his offense; namely that the existence of his prior offense would result in an increased sentence, in violation of *Apprendi v. New Jersey,* 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000). This argument is foreclosed by this court's decision in *United States v. Pacheco–Zepeda,* 234 F.3d 411, 414–15 (9th Cir.2000) (holding that *Apprendi v. New Jersey,* 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000) did not overrule *Almendarez–Torres v. United States,* 523 U.S. 224, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998)). Accordingly, the judgment is AFFIRMED.

We REMAND to the district court with directions to correct the judgment to exclude the reference to 8 U.S.C. § 1326(b)(2). *See United States v. Herrera–Blanco,* 232 F.3d 715, 719 (9th Cir. 2000).

AFFIRMED in part and REMANDED in part.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.